

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00016-CV

_____

GTE SOUTHWEST INCORPORATED, D/B/A VERIZON SOUTHWEST, Appellant

V.

WARNER DURRELL SEALE AND HELEN ELIZABETH SEALE, Appellees

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. CV-09-39419

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

On March 1, 2013, GTE Southwest Incorporated, d/b/a Verizon Southwest (Verizon Southwest), appellant, filed its notice of appeal in this matter and another case bearing our cause number 06-13-00015-CV. While Verizon Southwest timely filed its docketing statement and paid the mandated filing fees in cause number 06-13-00015-CV, it has not done so in this case.

On April 19, 2013, we notified Verizon Southwest of these defects and provided it an opportunity to cure them. Additionally, we warned that failure to adequately respond within ten days of the date of the letter would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no response from Verizon Southwest with respect to this cause since that time. Pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.[1] *See* TEX. R. APP. P. 42.3(b).

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 29, 2013
Date Decided:       May 30, 2013

---

[1]This dismissal does not affect our case numbered 06-13-00015-CV.